IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:06CR266

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| DONALD STEVEN CAGLE ) | |

**THIS MATTER** is before the Court on the Defendant's motion to suppress certain evidence seized during a search of his campsite in the Pisgah National Forest and statements made by him as a result of this search.

A ruling on the Defendant's motion will be deferred until such time as it becomes an issue during the trial of this case.

**IT IS SO ORDERED**.

Signed: February 21, 2007

Lacy H. Thornburg
United States District Judge