**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO.  1:06CR266**


| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **VS.** ) | **O R D E R** |
| ) | |
| ) | |
| **DONALD STEVEN CAGLE** ) | |
| _____ ) | |


**THIS MATTER** came on for hearing before the Court on Defendant's

arrest pursuant to a bond violation on November 2, 2007.

On October 24, 2007, Defendant's probation officer reported that

Defendant had relapsed with his alcohol use thus violating the conditions

of his bond.  **Violation Report, filed October 24, 2007, at 1.**  A warrant

was issued and Defendant was arrested on November 2, 2007, and

appeared before the undersigned for a bond violation hearing.  At this time,

Defendant orally waived presence of counsel.

For the reasons stated in open Court, the undersigned finds that

Defendant has violated the terms and conditions of his release on bond

and revokes same.  Defendant is placed in the custody of the United

States Marshal until such time as the Attorney General obtains a designation of the prison facility where Defendant will serve his term of 15 months imprisonment imposed by this Court on September 24, 2007. **See Judgment in a Criminal Case, filed October 4, 2007, at 2.**

**IT IS SO ORDERED.**

Signed: November 5, 2007

Lacy H. Thornburg
United States District Judge